**733  WILLIAMS vs. CIRCUIT JUDGE (Saginaw), No. 12737½.**

To grant motion for arrest of judgment, in a case where relator was convicted of an assault and battery, under an information charging "assault with intent to do great bodily harm less than the crime of murder."

Order to show cause denied May 4, 1892.   See No. 713.

**734  LINDSAY vs. CIRCUIT JUDGES (Wayne), 63 M., 735.**

To set aside a non-suit.

Granted November 17, 1886.

Plaintiff was prevented, by a misapprehension, from being in court when his case was called.   To a motion to set aside the non-suit, objection was made that it had not been entered on the motion book.   The objection was sustained, with leave to renew the motion.   Upon renewal of the motion another judge overruled it, upon the ground that substantial justice had already been done; that the suit was a trifling matter and had been expensive to the parties and county.